# IN THE UNITED STATES DISTRICT COURT

**FILED**

## FOR THE WESTERN DISTRICT OF OKLAHOMA

JUL 1 9 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

Plaintiffs:

Brandon Riles & American Roof Scapes Inc. & Oklahoma Modern Inc. & Informed-voter.com
706 sw 16th street lawton oklahoma 73501
405-673-5074

Case No. **CIV 22 599 SLP**

:

Plaintiffs, :Brandon Riles & American Roof Scapes Inc. & Oklahoma Modern Inc. & Informed-voter.com

Vs.                          :                    COMPLAINT

Oklahoma County DIstrict Attorneys Office (DavidPrater) :
320 Robert S kerr #505
OKlahoma CIty Oklahoma 73102 :

Oklahoma Attorney Generals Office (Mike Hunter &/or John Connor) :
313 NE 21st Street:
Oklahoma CIty Oklahoma 73105, :

Oklahoma City Police Department :
700 Colcord Dr.
Oklahoma City Oklahoma 73102 :

Tik Tok Byte Dance:
1460 Broadway
New York New York10036

Meta, Facebook, instagram, & youtube
1101 Dexter Ave N
Seattle Washington 98109

7-18-2022
Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

Overman Legal Group - Clay Curtis
809 NW 36th st
Oklahoma City Oklahoma 73118

Jay Ramos & Mr. Bail Bonds.
1621 N Classen Blvd Suite 2
Oklahoma City Oklahoma 73106

Oklahoma County Judges, Pipes and Judge Collins
320 Robt s Kerr
Oklahoma City OKlahoma 73102

Aclu of Oklahoma -Megan Lambert
PO Box 13327
Oklahoma City Oklahoma 73113

Trevour Webb
PO Box 13327
Oklahoma City Oklahoma 73113

Tamia Killensworth
Address Unknown
City, State, & Zip Unknown

Mia Hogsette
PO Box 13327
Oklahoma City Oklahoma 73113

Defendants. : Oklahoma COunty District Attorney's office, Oklahoma Attorney General's office, Oklahoma City Police Department, Tok Byte Dance, Overman Legal Group - Clay Curtis, Jay Ramos & Mr. Bail Bonds, Trevour Webb, Mia Hogsette, Tamia Killensworth, Aclu of Oklahoma -Megan Lambert, Oklahoma County Judges, Pipes and Judge Collins, & Meta, Facebook, instagram, & youtube

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

The Jurisdiction for the Western District of Oklahoma is true as these incidents have occured within the Western District of Oklahoma in Oklahoma County, the State of Oklahoma, and a jury trial is hereby and respectfully demanded, for the Western District of the United States As this case has several federal law violations.

1. I would wake up to soon learn that, "I live a nightmare" this nightmare that i live will take its form as, COINTELPRO. COINTELPRO  was a program used by the FBI to target activists, and domestic political groups whom the FBI and J. Edgar Hoover Deemed to be an extremist threat to the United States, this very program was found to be illegal. This was the same system used to target myself starting on or about 0ctober of 2018- to current, as well as several young activists who voiced themselves freely, here in Oklahoma County in Oklahoma City on or about June 26, 2020.  Cointelpro was a program that was used by the FBI that used intense surveillance, falsified crimes against activist/domestic political groups, as well as false, or misleading news articles, falsifying court documents, perjury, assasination (both physical and of character) as well as failing to provide exculpatory evidence. In the following paragraphs i will illustrate how The oklahoma counsel of district attorneys, oklahoma attorney general's office, oklahoma city police department, oklahoma county district attorney's office, oklahoma county clerk, along with members of the oklahoma bar and oklahoma Judges, have engaged with use of the cointelpro system, along with there varying forms of misconduct, to try to discredit me, assassinate my character, and have actively participated in trying to infringe on my life liberty, and pursuit of happiness, by any means necessary, whether it's through overt and covert assasination attempts, and  falsifying criminal and civil complaints and seeking outright imprisonment in case there other attempts failed.  I will also illustrate possible federal antitrust violations (the Sherman Act)15 USC Ch. 1: MONOPOLIES AND COMBINATIONS IN RESTRAINT OF TRADE, and racketeering (RICO act)18 U.S. Code Chapter 96 - RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS.

2. On or about August 9th of 2018 Tracy Karjala and Brandon Riles were in a romantic relationship that had ended, thereafter Mr Riles Communication attempts and lien notice, to Tracy Karjala had led her and her   counsel to falsely file a vpo (Oklahoma Case #po-2018-2001), against Brandon Riles. falsely alleging That Brandon Riles had stalked Tracy Karjala at a residence of 11300 Cimarron Dr oklahoma city oklahoma 73162. Brandon Riles and his corporation American Roof Scapes Sued Tracy Karjala (oklahoma case # cj-2018-6668), for the property as Brandon Riles had paid for the financing as well as any associated cost for the home purchase of the aforementioned home, Brandon Riles was even paying for the monthly mortgage until the vpo was filed. Oklahoma case # cj-2018-6668 is prima Facie evidence that Tracy Karjala falsified a vpo, in her and her counsel's argument for dismissal, of the Oklahoma case # cj-2018-6668, is that she could not move into the aforementioned house, because the

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

home was made unlivable by Brandon Riles and American Roof Scapes Inc. The home was not livable nor did she nor I live inside of the property, there were no toilets, or any other plumbing fixtures, and the electrical was disconnected and not supplying power throughout the entirety of the property during the construction process. Brandon Riles was Arrested for violating this same protective order in Oklahoma Case Number CM-2018-3553  Due to Tracy Karjala's Sister Aleisha Karjala (Sister of Tracy Karjala) whom made a failed bid for the oklahoma democratic State Senate, is the reason why The oklahoma counsel of district attorneys, oklahoma attorney general's office, oklahoma county district attorney's office, and oklahoma county clerk, and oklahoma police department, had elected to start surveillance against Brandon Riles, was due to his known political ties and donations to the Democratic party namely Aleisha Karjala. Furthermore at several junctures for this civil allegation as well as several others which are mentioned in later paragraphs, i was never properly served on these cases, oftentimes other black business owners in or around my office complexes would be served with these items, for me to only find out at later date when i would see the other business owner in passing. Tracy Karjala Falsified a complaint of Stalking in violation of oklahoma law 21 O.S. §§500 and 504 and federal law 18 U.S. Code § 1621, for her own personal financial gain, then The Oklahoma District Attorney's Office falsely sought filing charges on a case they knew or had reason to believe that Brandon Riles was not Properly Served upon, so they could start the targeting and discrediting of an individual consistent with the axioms of the COINTELPRO program, and in direct violation of federal law, 18 U.S. Code § 242 - Deprivation of rights under color of law.

3. I live a nightmare, and the the nightmare i have physically, lived, and, survived this nightmarish episode of life increased in its torrid and penalizing agony , which intensified on or about  May Of 2019 I had made a post relative to the black lives matter movement, and from that point i had been subjected to increased and more intense surveillance then i had been subjected to the following year, by the Oklahoma Attorney General's office, as well as the Oklahoma County district attorney's office, and the oklahoma city police department. I witnessed the surveillance within a matter of days after my social media post about the black lives matter movement. Acting out of fear for my own safety, i decided i had to protect myself by doing what any rational person would do, by identifying any possible threats to myself and document them, and prepare documentation of the nature of the threat to not just my life but my business and everything i've worked so hard for in life. I had used what's known as surveillance detection routes to identify the various agencies following me. I had identified the oklahoma Ags investigators by the tag scanners they were using on the compact sedan (as well as a private entity using a similar means possibly a private investigator or process server), the district attorneys and another state agency was identified by the investigators lack of surveillance discipline, by getting out of his vehicle and conversing

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

with another agent when they couldn't figure out where i was driving to rurally in northwestern Oklahoma County as i was utilizing my surveillance detection route. I would later learn the other Agency is the Oklahoma City Police Department. These Surveillance detection routes helped me to identify my assailants, as well as their coordinated and highly sophisticated attacks against me.

4. The first point of the attack and sophistication was to allow Carl Morony, on or about september of 2019 owner of the Stoneway office complex in Oklahoma city, to falsify not only an eviction, but a protective order and criminal complaint. Brandon Riles and AMerican Roof Scapes, had offered to purchase the properties where american Roof Scapes corporate office was headquartered and had been at that location for over one year and 6 months leasing from carl moroney and stoneway office for an offer price of 1.1 million us dollars, which was countered by carl Morony stoneway office for 2.2 million dollars, which Brandon Riles, and AMerican Roof Scapes, had summarily denied. David Postic was the attorney of record for the business offer and negotiations with Carl Morony. On or about October 21st of 2019 Just after the refusal of the offer price, The Corporation American Roof Scapes had leased the property, not only had it leased the property it had prepaid the lease, it had also signed the lease in the Corporation name Not the person BRandon riles, nor did Brandon Riles give a personal Guarantee, The Oklahoma County Courts in conjunction with the Oklahoma county district attorney's office, the oklahoma counself of district attorneys, and the oklahoma attorney general's office had allowed, aided and abetted Carl Moroney and stoneway office in falsifying a small claims suit against Brandon Riles in oklahoma county in oklahoma Case # sc-2019-19130 alleging Brandon Riles hadn't paid rent for the office lease for the Corporation American Roof Scapes perpetrating fraud, against brandon riles and American Roof Scapes, by allowing carl moroney to falsify an eviction and giving him judgment, not for failure to pay rent, but for use of air conditioning that carl moroney even stated only he had the control for in his building, also in later court cases carl mroney will admit to judge trent pipes how carl moroney had opened several points of mail including a check from one of american roof scapes customers, in clear and direct violation of federal law. The Oklahoma Case # sc-2019-19130 is prima facie evidence of this law violation. Furthermore you can also see where in Oklahoma case number sc-2018-726 where AMerican Roof Scapes and Brandon RIles are afforded appropriate legal protection from a gutter company, and the dispute remains between the two corporations without piercing the corporate veil for either party. Yet when carl moroney and stoneway office complex sought eviction for american roof scapes, inc and brandon riles the courts gave judgment against brandon riles without piercing the corporate veil even though brandon riles wasn't the occupant of American Roof Scapes. Also at some point during these encounters either carl moroney or someone from an aforementioned oklahoma state agency released to the news a story about attacks against the landlord

B____
7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

which were also meant to smear my namesake, and this was also prima facie evidence of COINTELPRO but also of  Falsifying a complaint of Stalking in violation of oklahoma law 21 O.S. §§500 and 504 and federal law 18 U.S. Code § 1621. Also open Judicial misconduct.

5. On or about the 21st day of october 2019 The second attack came in the form of a court filing of charges against Brandon Riles for assault and battery with a dangerous weapon, against a Carl Morony owner of Stoneway office complex  located at 2401 NW 39th Street oklahoma city oklahoma 73112.  On or about the night of October 15th- the morning of october 16th Brandon Riles had contacted the OKlahoma city police in an oncue parking lot located near the aforementioned office  to Report to the police Carl Morony's green dodge caravan attempting to drive over  brandon riles  and  attempting to kill brandon riles by physically running him over with his  vehicle in the stoneway office complex  then after mr riles had tried to file a police report, the police said they had no evidence a crime was being committed and wouldn't take a report.          The following night of october 16th-17th carl moroney driving  in his green dodge caravan had struck a vehicle Brandon Riles was operating on the property of 2401 nw 39th and carl money had fled the scene, when Brandon Riles had  called the police emergency dispatch they had dispatched two officers who told brandon riles that since this had happened on private property they couldn't take a report, and there was no proof of anything wrong. Roughly 2 hours later another group of highway patrolmen along with several members of the oklahoma police department had then appeared at the aforementioned office told me they found carl morony and his vehicle up the street, the highway patrolmen said they were not going to seek any cases and then the oklahoma city police officers then arrested Brandon riles for assault with a dangerous weapon, when brandon riles had asked the arresting officer for the police dispatch record of where i called the police, to report carl moroneys crime, he said there was no proof , then when Brandon riles  asked the arresting officer (name unknown as discovery has not been provided to brandon riles) for a supervisor, none was provided, when mr riles had asked the transporting officer whom was different then the arresting officer he said he could only get the arresting officer, then the arresting officer told me he was the supervisor, or he was the ranking officer. The record of the phone call made by Brandon Riles to Oklahoma City police emergency dispatch was obtained by Brandon Riles via the freedom of information act. The Oklahoma city police department took over 2 years to provide this exculpatory document to Brandon Riles. According to an independent watchdog of Oklahoma Accountability oklahoma tends to be the worst state at providing freedom of information typically taking 6-8 months, In my case they waited over 2 years to answer my freedom of information act claim.  This is prima facie evidence that they falsified a complaint of Stalking in violation of oklahoma law 21 O.S. §§500 and 504 and federal law 18 U.S. Code § 1621

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

6. To further enhance their crimes being perpetrated against mr Brandon Riles The oklahoma counsel of district attorneys, oklahoma attorney general's office, oklahoma county district attorney's office, and oklahoma county clerk, allowed carl moroney to falsify a vpo against brandon riles in oklahoma case # po-2019-2703 where he alleges brandon riles of stalking carl morony at the office location of  located at 2401 NW 39th Street oklahoma city oklahoma 73112 even though he willfully and knowingly falsified this complaint less then 11 days after filing and being granted an eviction against brandon riles in oklahoma court case. # sc-2019-19130. Brandon RIles and american roof scapes had already acquired a new office space and the corporation was safely housed temporarily in the bixler building here in oklahoma city. In this building was another black business owner named Antoine Bray of Bray investments, Mr Bray was served several times, and in the aforementioned filings you can see where ALIAS was served, but I Was Never served nor have I ( BRandon Riles) ever used any aliases. Brandon James Riles Jr. and American Roof Scapes a black man who owns a business, is, A, completely different person and entity then Antoine ( {Antwone}, i pray the court forgive my possible misspelling of mister Bray's first name) Bray, of Bray investments, even though he is a black business owner, we don't look alike, we do not have the same facial features, ot even tooth structure from first appearances. This Openly Racist service perpetuated by the oklahoma county courts is also prima facie evidence of racism not only in the courts but of biases, allowing people in Oklahoma to be charged for crimes they never even committed. This is a violation of 31 U.S. Code § 6711 - Prohibited discrimination and 18 U.S. Code § 242 - Deprivation of rights under color of law

7. The Oklahoma Courts will continue its targeting of my corporations and assets by allowing commercial assets inc of oklahoma city to falsify and evict my office OKlahoma Modern Inc, from its headquarters located at 4401 nw 5th street oklahoma city oklahoma 73107 for claiming i owed 62$ in back rent and when i tried to pay it they wouldn't accept payment, then judge collins in her judicial misconduct will also award the plaintiff commercial assets not only the eviction, but additional fees outside of the 62$ they had originally sought eviction on my corporation for. This prima facie evidence of misconduct is exhibited in oklahoma court case sc-2020-4681  this is a violation of 18 U.S. Code § 242 - Deprivation of rights under color of law

8. Further enhancing there crimes The oklahoma council of district attorneys, oklahoma attorney general's office, oklahoma county district attorney's office, and oklahoma county clerk, being perpetrated against mr Brandon Riles The oklahoma counsel of district attorneys, oklahoma attorney general's office, oklahoma county district attorney's office, and oklahoma county clerk, and oklahoma county judges, aided carl moroney in furthering his illicit gains, by granting carl moroney a judgment for 10,000 usd, in

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

oklahoma court case sc-2020-10828 Judge collins in her prima facie misconduct not only allowed carl morony to change a small claims judgment from 1000 to 10, 000 and avoid the necessary requisite filing in a greater court for the amount, but had also gave carl moroney judgment for 10,000 against brandon Riles while brandon riles was in custody. Again oklahoma court case sc-2020-10828 is prima facie evidence of judicial misconduct. 18 U.S. Code § 242 - Deprivation of rights under color of law Also during this time there was a moratorium on evictions due to the covid 19 pandemic, however upon further reading it seems that it applies only to residences and not businesses.

9. On or about January of 2020 i had engaged in several post rallying support against republican led nominees for support for democratic nominees on several of my social media platforms. Following my post on February 4th of 2020 the Oklahoma attorney general's office in conjunction with the council of oklahoma district attorneys, and the oklahoma city police department, had brought criminal home repair fraud charges against Brandon Riles. In this oklahoma case # cf-2020-463 is prima facie evidence that the Oklahoma attorney general's office in conjunction with the council of oklahoma district attorneys, and the oklahoma city police department, had willfully and knowingly allowed Ronnie and Christina forbes of Wanette oklahoma to falsify several court documents as well as statements to the court, in order to falsely obtain an arrest warrant against brandon riles for the violation of the oklahoma consumer protection act namely home repair fraud. In their documentation they allege that Brandon Riles was paid over 38,000 usd and Brandon Riles American Roof scapes had only paid one subcontractor a total sum of 500$. Several of the complainants and witnesses on behalf of the state of oklahoma case # cf-2020-463 had knowingly and willfully made false statements to court officials, stating 38,000 had been paid but no receipts of materials had been furnished, and no receipts of subcontractors had been furnished (they were furnished to ronnie and christian forbes via google drive email and text message). Also those same court officials knowingly and willfully allowed those subcontractors along with Ronnie and Christina Forbes to slander my name and business on social media. The work that was performed for ronnie and christina forbes on their property located at 20100 flat armadillo rd wanette oklahoma 74878 was completed, by american Roof scapes subcontractors. The Forbes also in text messages fire brandon riles for his attendance of a funeral, then after the termination of brandon riles, ronny and christina forbes continue to subvert payment from American Roof scapes employees and subcontractors, to not only complete their project but to complete the project for less money than American Roof scapes had initially bid for the completion of the construction on the aforementioned home. Then i believe they also state American Roof Scapes and Brandon Riles overcharged ronnie and christina forbes, for the work to be performed, even though a majority of the financing came from ronnie and christina forbes insurance company as they filed an insurance claim related to wind and hail damage and the additional cost

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

ronnie and christina forbes were to pay out of pocket. Also some of those payments for materials were paid directly by Ronnie and Christina Forbes to suppliers or subcontractors. This oklahoma case # cf-2020-463 Is prima facie evidence that ronnie and christina forbes knowingly and willfully falsely filed a criminal complaint against BRandon Riles and  American Roof Scapes inc, in an attempt to defraud brandon Riles and AMerican roof scapes financially for the construction materials and equipment that were purchased by american roof scapes and Brandon Riles. Since american roof scapes and Brandon riles  were never even sued in civil court for the claim by Ronnie and Christina Forbes, that American roof scapes had failed its construction, show premeditated malice by not only the Oklahoma attorney general's office in conjunction with the council of oklahoma district attorneys, and the oklahoma city police department,but also ronnie and christina forbes. The defects of the case such as it being charged in oklahoma county when the work was performed in a county outside of oklahoma, outside the jurisdiction of one oklahoma court, also, no grand jury indictment was garnered and it was filed about 2 years after the date of work was performed, not to mention <u>brandon riles american roof scapes inc had provided Ronnie and christina forbes Valid and current insurance at the time of there construction project,</u> that would have paid ronnie and christina forbes whatever dollar amount they were seeking if they had claimed any damages or construction defects. They Never Claim any damages in there criminal complaint. THey only state i paid one subcontractor 500$ Also ronnie and christina forbe3s  fired brandon riles  and america roof scapes  and wouldn't allow completion of there project, but however they were willing to violate the sherman act 15 USC Ch. 1: MONOPOLIES AND COMBINATIONS IN RESTRAINT OF TRADE and hire my subs to complete the work and weasel brandon riles and american roof scapes out of money and to cause further detriment to american roof scapes and brandon riles, they brought a false criminal complaint to ensure that they get a full refund, or in other words they literally committed return fraud, to get there hvac systems. Which cost about 7,500 usd with additional parts outside of just the unit itself for about 5,000 usd , not to mention the price of concrete and other facets of construction performed on there property, that were never exchanged, refunded, or returned. Ronnie and christina forbes along with the Oklahoma attorney general's office in conjunction with the council of oklahoma district attorneys, and the oklahoma city police department, 18 U.S. Code § 242 - Deprivation of rights under color of law, 31 U.S. Code § 6711 - Prohibited discrimination, 18 U.S. Code Chapter 96 - RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS, 18 U.S. Code § 1621 - Perjury generally, 15 USC Ch. 1: MONOPOLIES AND COMBINATIONS IN RESTRAINT OF TRADE, 18 U.S. Code § 1951 - Interference with commerce by threats or violence,  Also oklahoma law 21 O.S. §§500 and 504

10. On or about february of 2020 i had continued in my social media activism and had made several post about Ahmaud Arbery, and those post had gotten quite a bit of notoriety,

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

over 200 thousand views and 50 thousand hearts or like responses on my tik tok about my video of prosecutorial misconduct, Relative to the death of Ahmaud Arbery, around this time several of my post relative to criminal justice reform the Death of Ahmaud Arbery, and the death of Trayvon Martin, had started to also take off in viewership and engagement, then on or about May 30th of 2020 the Protest of George Foyds death and brutalization by police had begun here in oklahoma city on northwest 23rd and classen, so i had also went out to show my support in protest as a former member of the NAACP florida chapter, i had a chance to positively engage with all members from various communities in non violent and peaceful protest as the protest went on it started to amass a crowd starting from a small group of a few hundred people ballooning into an event with over ten thousand citizens from oklahoma city marching in protest to police brutality and for criminial justice reform in oklahoma city, during this time i had recognized several local activist and friends whom i made contact with during this event who were prominent with an Native American Indian movements and local homeless shelters, during the march and in my social media video you can see where had protested and did a light pow wow and native chant in the street, and for others who were not part of the chnat were parts of the cheers from the crowd of other peaceful protesters and denizens of oklahoma city. As several of the black lives matter protesters started to rally group and started to march around oklahoma city streets, but due to the chaotic nature, it was near impossible for anyone to have kept control but however all members of all communities had come out peacefully and tried to follow traffic laws no different then when you see at large events in major cities such as professional sporting events such as college football games, entering or leaving a game time, even the aura and excitement in the air wasn't one of negativity but one of jubilee, and positive engagements. On or about June 5-7th i had been attending the protest that had been occuring nightly at 23rd and classen, and during a march on or about the 6th or seventh of june, a group protesters who were marching a route to the capital had apparently marched off the roadway and onto a freeway stalling traffic. At that point seeing the deviation the leading group had i had started marching back to see that the oklahoma highway patrol special and weapons and tactic team had rapidly deployed and was starting an assault with rubber bullets and tear gas, to counter protesters to marshall them off the freeway, but also they had summarily succeeded at forcing a negative flight response in the crowd but also had created an even larger public safety hazard, with retreating protesters and citizens from the assault by the highway patrols SWAT team, they had summarily cut off the advance and by using military procedures specifically and tactically that of a flanking force, which had summarily forced the citizens into a retreat into what was a heavily trafficked roadway, The intersection of 5th and walnut, which is also a the i235 freeway on ramp, and route to the Oklahoma Capitol building, so with my immediate recognition of the negative tactical situation forced upon

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

the people i immediately bounded back  out into the intersection of 5th and walnut with my arms reached for the sky in an overt act, which was noticed by the people in the intersection in there vehicles  to stop, and by the sheer grace of god everyone in the intersection stopped, with just enough time as the retreating protesters had made the intersection and cleared the interesction without any loss of life or serious injury from cross traffic. About this time a short stand off had ensued and as the tear gas from the SWAT team was know being blown directly at us there was no reprieve, and at this time is where i Met Sparkle, and Sincere Terry, out of there compassion and civic duty, for there community they had appeared in the protest but had come prepared with a gallon of milk, that gallon of milk also aided in relief from the tear gas when they poured it over me after seeing my efforts at this intersection. For the next hour or so i held a line between the highway patrols swat team and the protesters by yelling proper commands for people to follow the traffic signs, as well as yelling for the police not to shoot that the protesters whom were unarmed, i also had managed to hold the line of traffic so that the masses then noticed and started to follow the traffic signals along with the protesters who started to observe the crosswalk signs Then at this juncture the SWAT team had then began to continue its advance and flank, however at that time i believe there commander Possibly Now commissioner Tim Tipton, had recognized my efforts and held the line of the swat team, while i had helped some families and one family with small children, separate from the protestors and oncoming SWAT team, once the children had been evacuated, the SWAT team again had started its engagement with tear gas, at which time several protesters threw water bottles, then the SWAT team increased its engagement to harassment and intimidation by military standards,  of those protesters, summarily ending the stand off, and sending the SWAT team to a walgreens which front glass had been broken. After this days events i would return the following day on or about june 8th to a local drinking establishment, known as the Flea in oklahoma city, i had learned of this location from a group known as the okc movement, (they had various names ranging from  the okc movement, the downtown okc movement, the movement etc) on social media, in there group they had outlined that they were meeting daily at the flea and would march around the Oklahoma City police headquarters and would also protest the conditions of the oklahoma county jail which there building is adjacent to the Oklahoma city police department. On this day when i had attended there protest i had gone to meet and thank sparkle and sincere terry for helping me with the tear gas, and there i would learn that the group didn't have any real leadership and so after asking and making a few proposals to the group they took a vote online in there social media group and nominated and voted for there nominees in very true democratic fashion and it made me very proud to see. Also during this time i had asked how many of them were registered voters, and i had learned alot of them didnt even know how to get registered to vote so i created a website called informed-voter.com with links for voter registrations

B. Riles

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

for oklahoma as well as some basic knowledge from the NAACP the ACLU and the department of justice on criminal justice reform and voter registration i made it all 100% free no signup or anything at all.  As the group had grown and had a little more civic mindedness i asked what they wanted to do to make a statement, i said there protest were cool but if they did not have legislative actions or reforms then they become empty protest, and with this several of the young activist had started some of the legislative challenges of trying to author their own bills or types of reform. During this time i had participated in several protests with this group of young adults ranging from highschool seniors to freshmen and some college sophomores to some people of the community from varying professions, including myself. During these daly protest i had marched with some of these individuals for a couple of hours and help promote positive civic engagement, then at that point they had heard President Trump was going to Appear in tulsa so they all were wanting to go up there and protest, so i had made a social media post urging them not to go, and if they did go as i was going to do to please be not only responsible but do what was right, and not engage in any violent actions, so on this day i had given to of the young men a ride ian Palmerton and Preston nabors, and also informed preston nabors he could not bring a firearm in my vehicle if he wanted to protest alongside with me, he relented and left his firearm behind. During the donald Trump rally in tulsa Brandon riles along with several other members of the group had also attended and they all kept a good positive vibe in the crowd, even though at several times throughout the protest i would yell at protestors to NOT throw any items, and would also take time to pull out protesters that i felt had become a little to impassioned and would give them some water and have them sit down and cool off to keep the positive element of a protest and not let it turn into a negative event of a riot. Later after making several National News Media Outlets From The NY times, CNN and NPR, we returned to Oklahoma city. Around this time Brandon Riles had  asked what all Brandon Riles could help there group accomplish and to help create a positive situation for there activism, and one of the members  named Preston Nabors, had an idea to paint the jailhouse walls, and the whole group was unanimous in this project, so i had told them all they wouldn't get approval for painting on the jail or any of the buildings but however i could get them a permit to paint on the street.  The entire group was in complete agreement. Even though they had their internal conflicts of leadership, which I believe ultimately, Sincerre Terry would take the role along with another individual in the group. During this time of our daily protest in oklahoma city i had also met two oklahoma city teachers who were very instrumental in also helping worth with this group of young people. They would become engaged to be married during the protest. This couple for me was a truly a great joy to not only work alongside with but just to enjoy their general company, and civic engagement. When i had reached out to the CIty of oklahoma, with my permit details, the city of oklahoma had gone above and beyond in helping these

*signature*
7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

young people with their voice, by giving Brandon Riles American roof Scapes inc oklahoma modern inc and informed-voter.com a permit for the street paitning but oklahoma city public works also assisted with the barriers, and paint removal, of the mural per the terms of the original permit. The city of Oklahoma as well as some individual police officers were very supportive of the mural, and did what they could to help.  During Brandon Riles/ communication with Christy Yager, and Eric Wenger of Oklahoma City Public Works Brandon Riles had learned where City Councilwoman Nikki Nice and the Director of Black Lives matter oklahoma city had gotten wind of our street painting and had commissioned there own painting after ours, trying to lever the popularity of there event, on 36th and kelly in oklahoma cities eastside. But instead of trying to promote and grow the group who already had the original idea to paint on the county jail building, the black lives matter okc chapter and councilwoman nikki nice tried to take there idea as there own to promote the sell of a building where the black lives matter chapters presidents bookstore was located. After there commissioning they had offered me the permit to paint it but after speaking with black live matter oklahoma city chapter leader Mrs Reverend Sheri Dickerson, they had  an issue on the cost of the actual paint for the painting, in order to preserve the ability of the group of young people who had the original idea for art, i had entertained there permit but by the grace of god it rained in the morning allowing me to get the young people from the movement painting the mural, so they would be the first street mural, once the black lives matter chapter and councilwoman had learned of the rain delay  they summarily had the permit revoked from brandon Riles, American roof scapes inc. informed-voter.com, oklahoma modern inc.  I was able to raise money from some anonymous donations as well personal funds and people who paid there personal funds for paint along with some people who donated via a gofundme for the street painting, i Believe the total raised by the gofundme was around 120 usd not very much considering the paint cost was around 1200 usd, but i was able to get some money back to some people but wasn't able raise enough money to pay back everyone, and those whom i wasn't able to pay back had told me to keep it as an anonymous donation.  Elizabeth shilling i had met through some of the members of this group and i had commissioned her help with the painting, she had even tried to get some famous street muralist to help paint. I had enlisted Elizabeth as the art director, to ensure the artwork would be cohesive, and she single handedly help give voice to young person and every person in the community that came out to be a part of the event, i had gotten the permits, set up the barriers provided the plans for the barriers, and moving of the barriers along with art direction from elizabeth shilling, as well as painting the limits or outer extremities of the "canvas" for the mural along with, ensuring day to day operations of the construction project completed, i even had come out to help remove the paint per my original permit from the city of oklahoma public works which i had made public in a post to the members of the movement and also had

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

outlined that mural would only be there temporarily and then it had to be removed which they were all in agreement with. Also during this time I would bring my dog with me, a white pit bull named penny. Then During our assemblies outside of this bar i would learn that oklahoma city police had been attempting to use a stingray, or listening device to try to monitor the groups activities and communication, this vehicle is evidenced as a white nissan armada owned by the oklahoma city police department, after noticing it and recording the vehicle it stopped its, in close attempts at tracking from that point the police had switched to more conventional means of tracking protestors, such as vehicular surveillance and surveillance devices placed on vehicles as well as using undercover officers, in attempts to infiltrate the group. Unbeknownst to the group their social media along with my social media had already been infiltrated by  the Oklahoma attorney general's office in conjunction with the council of oklahoma district attorneys, and the oklahoma city police department they had infiltrated and began to censor our feeds from tik tok and facebook, and used the sigint (signals intelligence), and humint (human intelligence) they had gathered to to follow and attempt to discredit some of the group. During this time i had also met Megan Lambert of The ACLU along with other civil rights groups members and activists.  How oklahoma attorney general's office in conjunction with the council of oklahoma district attorneys, and the oklahoma city police department did this was by pulling over some of them trying to get them on Simple traffic violations hoping they would either escalate, or get  the person to consent to search but would change tactics when they realized the parties were posting these events live on social media, so they would limit our feeds so this way not many people would see the post, and limit our political viewership in our quest speaking out about the corruption from there offices. When these attempts failed, they switched from covert tactics to more overt tactics when the police department had arrested Sincere Terry, Miracle Aerial Parks, Trevour Webb Mia Hoggsette, Preston Nabors, Tyreke Baker, for a simple disorderly conduct the district attorney came over the top and falsified court documents when the district attorney charged them with terrorism. During this time The Oklahoma attorney general's office in conjunction with the council of oklahoma district attorneys, and the oklahoma city police department, had used COINTELPRO which is evidenced in a prima facie form in the arrest of Austin Mack, as well as some others lister before, to target and disrupt civil rights activist,  and violated 18 U.S. Code § 242 Deprivation of rights under color of law 31 U.S. Code § 6711  Prohibited discrimination 18 U.S. Code § 1621 - Perjury generally  18 U.S. Code § 1951 - Interference with commerce by threats or violence. Oklahoma law 21 O.S. §§500 and 504 2014 Oklahoma Statutes.§21-463. Offering forged or false instruments for record.18 U.S.C. § 1001 903. FALSE STATEMENTS, CONCEALMENT

11. On or about June 26th of 2020 brandon riles had immediately gone to Ken boyer bail bonds to find out the cost and figure out a way to pay the bail for the individuals involved

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

in the charges, But before Brandon riles could even make the bail arrangement the Black lives matter okc Chapter had posted there bail, and had scheduled press conferences. Brandon Riles would make a Facebook post after the arrest by the Oklahoma City Police Department outlining that Mia Hogsett, Preston Nabors, Trevor Webb and  one other were no longer allowed at the mural event due to the negative outburst, and unruliness from those individuals. After that post the District attorneys office would then file charges of terrorism based in part of information gleaned from there signals intelligence information theat office had garn3ered by infiltrating that groups face book page. Brandon Riles would later meet with a public relations firm to help guide communications on this event. Brandon Riles had also spoken to one of the teachers to help me with figuring out a way to raise funds for bail if necessary. After the release of the individuals, i had noticed an instant disparity within the group towards me, i would later learn that this disparity was caused and created by Trevour webb, Mia Hogsette and Tamia Killensworth.  Those individuals had started a false rumor About Brandon Riles saying he was using these events to try to rip off people in the community And that Brandon riles had taken up a collection for bail for the protesters whom were arrested along with false sexual allegations.This group had also made and perpetuated these false allegations to Members of the ACLU of oklahoma The NAACP of oklhoma not to mention several incumbents and several people seeking mnominations in oklhoams primaries. These facts were fabricated along with some videos that those individuals Trevour webb, Mia Hogsette and Tamia Killensworth, along with Tyreke Baker, were trying to ;make in there vain attempts to further ostracize brandon riles from the group known as the movement. They tried to make videos of Brandon Riles asking people if they needed anything to drink such as water bottles, or gatorade, in an attempt to make it look like i was trying to purchase alcoholic beverages for minors.      Then on or about July 3rd i had been asked for a ride to there home by a Tamia Killensworth, and i told her the only way i could give her a ride is if another woman rides with us for accountability and Tamia Killensworth would have to be dropped off first,, she said that was fine, so i was able to ask Alison Muchiri (Now Alix Muchiri) who was very happy as she needed a ride back to her home as well, so i had dropped of Tamia Killensworth First then Dropped Off Alison Muchiri lastly.  Around this time Tamia killensworth had falsified a sexual assault allegation against Brandon Riles with the oklahoma city police department, I had learned about this report a little later when the Detectives had emailed me. Also I would learn at a later time that the Oklahoma city police had spoken to Alison Munchiri and confirmed that Tamia Killensworth had falsified her reports to the police for the one ride given to her on July 3rd of 2020. Tamia Killensworth had also said to the detectives that she had been with Brandon Riles on one day the tenth of july 2020  which was impossible because Brandon Riles  was in custody and  incarcerated in Nicoma Park for a traffic violation. Also at no time was Brandon Riles alone with tamia killensworth, there

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

were always multiple members of the group the movement, present as we met in a parking lot in plain view of everyone.  On or about the 6,7th, or possibly the 8th of July 2022 i had made a social media post condemning the actions of then attorney General Mike hunter and his statements relative to the Julius Jones Case i had posted this to the Attorney general's, and the oklahoma district attorney council and oklahoma county district attorney's office  facebook page, where i was then summarily blocked from posting on their respective facebook pages which is prima facie evidence of a violation of my first amendment rights 42 U.S.C. § 1983.    On or about the 10th day of july in 2020 i was pulled over by a white female cop, i had asked for a supervisor and a black police officer became present, when i asked for his supervisor he said one wasn't available, as it was after 5 oclock. Later this Same officer would commit perjury when claimed he (The black male police officer in nicoma park) had initiated a traffic stop. He said this under oath during my non jury trial, even though i had requested a jury trial. My motions were never received even though i had mailed them out from the oklahoma county jail. Elizabeth Shilling The art director for the aforementioned mural posted my bail for me on my behalf, whilst a relative of mine reimbursed Elizabeth Schilling  for the bond fee. The nicoma park police department violated every single right a person could have in court. From perjury to not even taking filings that were submitted in a timely manner via mail. 18 U.S. Code § 1621 - Perjury generally Title 21. Crimes and Punishments §21-463. Offering forged or false instruments for record, 18 U.S.C. § 1001 903. FALSE STATEMENTS, CONCEALMENT, 42 U.S.C. § 1983

12. Also On or about  26th of june Brandon riles had garnered a permit for the city of lawton to engage in a protest, but brandon riles was met staunch opposition from the lawton police department, and lawton city council, when brandon riles had acquired the permit for the protest in lawton brandon riles had been in communication with megan lambert of the ACLU with one primary question for the ACLU, and the question  was " is it legal for a citizen to have to pay for a permit to protest?" I would later learn that the answer is, it is unlawful for a permit to be required for a person to freely assemble. As that is a violation of the first amendment, the right to freely assemble. However, for events a permit is required. I had also spoken with Megan Lambert from the Oklahoma ACLU about the bail situation for the protesters when a mutual acquaintance was with a bondsman, meeting about protesters' bail.

13. Then on or about july 30th of 2020 at about 6:41 in the evening i had resumed my duties on the mural removing the mural per the original permit issued by Oklahoma CIty public works. I had spoken to an individual who was willing to come and do the removal for free, he was referred by a Police officer named detective higginbottom. During the removal of the painting Brandon riles and the individual removing the paint had been approached by Mia Hogsett, Tamia Killensworth, and Trevor Webb, at this time those three individuals Mia Hogsett, Tamia Killensworth, and Trevor Webb, had started to

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

record with cellphones and they had first started asking for money that was collected for bail when they realized Brandon RIles never collected any money for there bail, since Black lives matter okc bailed them out, they then started screaming out i was a fraud and scam then Tamia had started crying out Brandon riles had done inappropriate things and some other false and salacious comments. At that time Brandon Riles and the individual removing the paint agreed that brandon riles take a walk so the work can be finished uninterrupted as Mia Hogsett, Tamia Killensworth, and Trevor Webb were trying to protest the mural removal (even though they had all known from the beginning the mural would have to be removed) Brandon riles had walked off to return a few minutes later after Mia Hogsett, Tamia Killensworth, and Trevor Webb, had lost brandon riles. Within a matter of minutes Mia Hogsett, Tamia Killensworth, and Trevor Webb had returned to the mural to find Brandon riles there where this group continued to harangue and harass brandon riles, then when brandon riles left Mia Hogsett, Tamia Killensworth, and Trevor Webb had followed brandon riles, and when they found him on 12th and mckinley Mia Hogsett, Tamia Killensworth, and Trevor Webb, Had then stopped there vehicle Mia hogsett and Tamia killensworth had acted as lookouts when trevor webb tried to round the northeast corner of the building located at or near 101 s mckinley avenue oklahoma city oklahoma, and bring his firearm to bear upon  Brandon Riles, Brandon riles had a tactical advantage in a flank Brandon riles used that advantage enough to prevent  Trevour webb from drawing his firearm, then i dropped  my dogs leash allowing my dog to run towards Trevour webb forcing him to stop his current action, and allowing me to escape with my life, even if it meant Mia Hogsett, Tamia Killensworth, and Trevor Webb kidnapping my dog. Then on or about August 19th of 2020 Tamia Killensworth Falsified a VPO in oklahoma case number po-2020-1867 Mia Hogsett, Tamia Killensworth, and Trevor Webb had then gone to ken and sherry boyer owners of ken boyer bail bonds and had informer them of this falsified report in an attempt to get Brandon Riles bond rescinded. They were successful in their campaign. In Oklahoma case number po-2020-1867 is prima facie evidence that Tamia killensworth falsified a vpo and police report and the Oklahoma attorney general's office in conjunction with the council of oklahoma district attorneys, and the oklahoma city police department knowingly and willfully allowed tamia killensworth to falsify a complaint against brandon riles and yet never Charged Tamia Killlinsworth for violating Oklahoma Statutes Title 21. Crimes and Punishments §21-463. Offering forged or false instruments for record 18 U.S. Code § 1621 - Perjury generally In keeping consistency with the Axioms of COINTELPRO. THey also never charged Mia Hogsett or Trevour Webb for their roles in attempting my life and taking my dog. Title 21, § 651-652 oklahoma statute intent to kill,  18 U.S. Code § 1113 - Attempt to commit murder or manslaughter, 18 U.S. Code § 3 - Accessory after the fact, 2014 Oklahoma Statutes Title 21. Crimes and Punishments §21-175. Punishment of accessories. 7 USC 2158 Pet theft prevention act.

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

14. On or about august 23rd of 2020 The oklahoma city police departments officers had unlawfully entered a drinking establishment had rushed brandon riles and when he was on the ground in there vain attempts to publicly murder bradon riles you can hear in the video oklahoma city officers blatantly lying saying that brandon riles is reaching for one of the officers guns, even though the officers can be seen physically restraining brandon riles, to a position where its physcailly impossible for brandon riles to even reach for anything, yet you hear brandon riles yelling and screaming that he is not reaching for anything,. Also you can hear an officer tell another officer people are recording at that juncture the oklahoma city police officers then make an arrest and take Brandon Riles into the Oklahoma County jail. The supervisors from the police later will come and interview me about the complaint asking if i reached or grabbed for the officers gun in any way, they were not concerned with there officers open and prima facie attempt at murder, they were more concerned with trying to make a case against me saying i reached for an officers weapon even though its plain as day to see brandon riles coudlnt have reached out to touch anything especially with a police officer holding his arm. I never asked for the officers body cam footage as i know it probably know longer exist. This video from a civilian is prima facie evidence of the Oklahoma CIty's police department and its officers willingness to kill or attempt to kill a civilian for there political beliefs and ideologues, but also to conceal the COINTELPRO operations being performed by Oklahoma attorney general's office in conjunction with the council of oklahoma district attorneys, and the oklahoma city police department. Because Brandon Riles has a criminal background, they feel it is easy to eliminate a possible source of political dissension. Especially if it's peaceful.    This is a direct violation of Title 21, § 651-652 oklahoma statute intent to kill 18 U.S. Code § 1113 - Attempt to commit murder or manslaughter 18 U.S. Code § 3 - Accessory after the fact, 2014 Oklahoma Statutes Title 21. Crimes and Punishments §21-175. Punishment of accessories.

15. On or about august 15th of 2021 Brandon Riles was released from the oklahoma county detention center. Brandon riles had reached out to Trevour webb about brandon riles dog trevor through convoluted means and basically told brandon riles he would have to pay to see the dog again. On or about december 6th of 2021 the residence of brandon riles at 706sw16th street lawton oklahoma 73501 Then a while later Trevour webb had reached out to brandon riles in an attempt to continue to harass and poorly attempt to extort brandon riles of money in exhange for brandon riles dog which trevour webb had stolen trevour webb reveal intimate details of the property located at 706 sw 16th street lawton, the intimate detail he reveals is about the floorboards being messed up, and he references them and the only to have know this detail is you had been in the house, summarily leading me to believe that trevour webb had committed arson against brandon riles in an attempt to strengthen his (trecour webbs) position of extortion over brandon riles.. 18 U.S. Code Chapter 41 - EXTORTION AND THREATS   Then on or

B[signature]

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

about April 19th of 2022 trevor webb had contacted brandon riles via facebook messenger  in the messages trevor webb reveals that he mia hogsett and tamia killensworth, all had willfully and knowingly engaged in the attempt to kill Brandon riles and take his life, along with taking his dog but then trevour webb claims he had no weapon i sent trevour an image of an old compact disc and told him i had gotten the surveillance tape from the business showing him carrying a weapon, then trecour webb goes on to claim he didn't intend on using it. . Then on or about april22nd of 2022 trevour webb initiates conversation with brandon riles  , later on he will send a photograph taken by mia hogsett, at a crest groceries, on 23rd and meridian trevour webb will claim that he has brandon riles in the crosshairs like a sniper, and claim he has brandon riles under surveillance, the grocery stores surveillance footage will show mia hogsett coming into the grocery store in advance of brandon riles you will see brandon offer assistance in jump starting a persons vehicle, mia hogsett appears to be shopping then leaves the grocery supplanting trevor webb with the photograph. Then on or about june 15th of 2022 trevour webb again continues to reach out to brandon riles where then trevour webb proceeds to give brandon riles the facts behind how tamia killensworth and mia hogsett along with himself had falsified these claims against brandon riles and how trevour webb was sorry, trevour webb even goes on to ask brandon riles for his  cash app to pay brandon riles for his (trevour webb) misdeeds, trevour webb even goes further as to provide recordings he obtained from Alix Muchiri, during a phone call trevour webb had made to alix showing Brandons riles innocence of Tamia Killensworth;s false allegations. Trevour webb then goes on to detail how the aclu is suing on his behalf and how they need the permits from me so to help solidify there suit and he was willing to do anything, so i told him to deliver my dog to a civil rights activist and then trevour webb ultimately refused, then i told him to take my dog to his atoteny megan lambert of the aclu, he did not do that at all and basically tried to use my dog in a form of extortion to get the permits of the street painting mural. Also during trevour webbs  diatribe of wrongs committed by him and the group against brandon riles, trevour webb had revealed an interesting fact, that leads me to believe in a larger criminal element at play, this fact trevour had informed me of was that his attorney had gotten him a great deal on a plea bargain, but he was able to plea bargain the terrorism case to something less substantial. In this moment i realized a series of federal law violations have been occurring by a local law firm. As i too had had a family member pay and hired this same law firm. The Overman Legal Group.

16. Racketeering, horse trading, allowing coercive pleas fostered by the district attorneys, and bond forfeiture frauds. Also failing in your oath as an attorney to do your best to fight for truth justice and your clients rights.  How this racket is performed is the firm typically engages in large name cases dealing primarily with civil rights, they will acquire the discovery waive prelim in exchange for what they think is a great plea deal, the whole

B[signature]

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

time they say they can beat your case in trial, but you have to pay them additionally for the trial even though you had already paid a significant sum and they said they could have it resolved before trial. Then what they will do is pretty much guarantee a probationary sentence whether suspended or deferred. How the intricacies of the bond forfeiture scsam works for both jay ramos anc clay curtis is jay ramos the bail bondman will contact the client and say you have not taken care of your financial obligation relative to your attorney, they wont outright say it, but in my text messages they conclusively show thats what they are doing. Then if you dont pay your fee they will have you miss a minor court date by clay not informing you of the date, so a warrant can be issued and jay ramos can say the person violated there bond so they be exonerated and reaquire there money back, but they dont refund it back to the clients they keep it claiming a violation of there civil documents in all reality its there scam to steal money, in my case they had told my aunt the fifteen thousand she had paid would cover brandon riles all the way through trial, then they told brandon riles he need to pay an additional 10 thousand for the trial fee plus an additional 2500 for the misdemeanor cases, (even though my aunt hired him to take care off all of my legal problems) later clay would raise the misdemeanor fee from 2500 to 4000 then backpedal on the pricing and then have jay ramos try to shake me down for clay curtis fee by threatening to come off of a person bond even if they are in compliance with whatever rules they set forth. The horsetrading became prima facie evidence when i learned that all the protesters whom had been charged with terrorism except austin mack (case dismissed)the others all  had taken plea deals on there terrorism charges. This right there shows the racketeering, as well horsetrading, that occurs between the Oklahoma district attorney's office and some prominent law groups here in Oklahoma city. Oklahoma really is the shawshank of criminal justice system, corruptions, prosecutorial misconduct, judicial misconduct, along with legislative, police, and all other forms of official misconduct. It not only runs rampant. Its right in front of you in plain sight yet the department of justice and the fbi have not done anything about it.

17. The Aclu of oklahoma and megan lambert, several of the aclu of oklahoma clients have been named here, but im naming megan lambert and the aclu of oklahoma because it knowingly allowed its clients trevor webb, mia hogsett and the third party tamia killensworth to openly falsify information against brandon riles and to   discredit brandon riles , but instead of being a real fighter for civil liberties, megan lambert helped them in the perpetuation of their lies, and defamation against brandon riles, the only person who gave everything to his community yet wanted nothing in return.

Legal Basis for Brandon Riles claims are violations of the following:  first amendment rights violations under  42 U.S.C. § 1983 complaint, along with several state and federal law violations as follows :

7-18-2022

Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

18 U.S. Code § 242 - Deprivation of rights under color of law
31 U.S. Code § 6711 - Prohibited discrimination
18 U.S. Code Chapter 96 - RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
18 U.S. Code § 1621 - Perjury generally
15 USC Ch. 1: MONOPOLIES AND COMBINATIONS IN RESTRAINT OF TRADE
18 U.S. Code § 1951 - Interference with commerce by threats or violence
oklahoma law 21 O.S. §§500 and 504
2014 Oklahoma Statutes
Title 21. Crimes and Punishments
§21-463. Offering forged or false instruments for record.
18 U.S.C. § 1001 903. FALSE STATEMENTS, CONCEALMENT
18 U.S. Code Chapter 41 - EXTORTION AND THREATS
Title 21, § 651-652 oklahoma statute intent to kill
18 U.S. Code § 1113 - Attempt to commit murder or manslaughter
18 U.S. Code § 3 - Accessory after the fact
2014 Oklahoma Statutes Title 21. Crimes and Punishments §21-175. Punishment of
accessories.
7 USC 2158 Pet theft prevention act

The defendants had operated in concert to complete a highly sophisticated model of
racketeering, civil rights violations, COINTELPRO, character assasination, along with attempts
at physical assassinations. Just to disrupt an opposing political party. Same thing Vladimir Putin
did when he jailed Alexei Navalny in Russia.

In Closing:

    Everyday I wake up not from a dream of sweet remembrance or future delights, to carry
on through that of a torrid day, but from that of an echo of a nightmare, I will rise, but I will rise to
live a nightmare.
    I live a nightmare of waking up to realize that if i speak out and say something that may
be unsavory, or if i decide to want to walk away from a bad situation but am forced by the bad
situation to stay, if i have a minor defect in my vehicle, a minor defect in my life, in my speech, in
my color, if i decide to speak out loudly and clearly and profess to others with education.
    I live this nightmare, that i will be subject to not only despair, harassment, intimidations,
criminal prosecutions, professional and financial ruin, but, Death. I live a nightmare that I will

7-18-2022
Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.

face death, just because I don't agree with what a person has to say, especially if they don't like what I have to say.

I live a nightmare, that no matter what i do to build up a community, to lift up my self and the people around me by my bootstraps, that once im able to stand and help others to also stand on there own two feet, i, me, we, them, they, us, we, I, I  will have all, all  that i have worked to do, to be trampled upon, be taken and sentenced away, to be instantly jailed, to be tarnished, defamed, and face instant death.

I live a nightmare that all this will be inflicted upon me for just a phone call, for just the mere words from an upset person, not because of the content of my character, not because of anything more than the color of my skin.

I say I live a nightmare and to you, you will read this as nothing more than a nightmarish poem.

I say I live a nightmare. But this nightmare is my daily reality.

The Relief sought is Removal of all charges on all cases brought to bear against brandon riles in oklahoma county,by state entities mentioned in this filing as well as injunctive relief from all the named defendants, also reimbursement for monies lost by myself friends and family for cost of bail fees, and other associated cost.

7-18-2022
Brandon Riles
706 sw 16th street lawton oklahoma 73501
americanroofscapes@gmail.com
405-673-5074 text or voicemail works best.